**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CRIMINAL NO. |
| | : | 13-CR-180 (JCH) |
| v. | : | |
| | : | |
| MICHAEL MCGILVARY, | : | APRIL 7, 2017 |
| Defendant, | : | |
| | : | |

## <u>ORDER OF PSYCHIATRIC/PSYCHOLOGICAL EVALUATION</u>
## <u>TO AID THE COURT IN SENTENCING</u>

**WHEREAS** the defendant Michael McGilvary, has been found guilty of a violation of 21 U.S.C. §§841(a)(1), 841(b)(1)(C), 846 and 18 U.S.C. §1956(h), and is awaiting sentencing; and

**WHEREAS** this Court desires more information than is otherwise available in order to determine the mental condition of the defendant for sentencing purposes, pursuant to 18 U.S.C. § 3552(b), it is hereby

ORDERED that a study and evaluation be conducted by Dr. Andrew W. Meisler, Phd., under 18 U.S.C. § 3552(b). The evaluation shall include a review of all available psychiatric, psychological, medical and other pertinent records of Mr. McGilvary, which records (including the presentence report which shall be disclosed in accordance with the Local Rule) shall be made available through the United States Probation Office.

The period of the study shall be no more than ninety (90) days. The study shall address the following questions/information, and any other matters that medical professionals believe are pertinent to the factors set forth in 18 U.S.C. § 3553(a):

1)  Mr. McGilvary's history;

2) A description of the psychiatric/psychological tests that have been employed and their results;

3) The examiner's findings, including the examiner's conclusions to a reasonable medical certainty, if any, as to the reasons for Mr. McGilvary's recent behavior

4) Does the defendant suffer from a mental or psychological condition?

5) The examiner's opinion as to the most effective course of mental health treatment for Mr. McGilvary; and

6) Any other findings bearing on Mr. McGilvary's condition or treatment needs.


It is further ORDERED that the clinician completing the assessment shall appear before the court at a sentencing hearing for purposes of offering additional information, if necessary.

**SO ORDERED.**

Signed this 7th day of April, 2017 at New Haven, Connecticut.



/s/ Janet C. Hall_____
The Honorable Janet C. Hall
Chief U.S. District Judge